UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

KPH Healthcare Services, Inc. a/k/a Kinney Drugs Inc.; FWK Holdings LLC; and César Castillo, LLC

v.

Pfizer, Inc.; King Pharmaceuticals, Inc.; Meridian Medical Technologies, Inc., Defendants-Respondents,
and
Mylan N.V.; Mylan Pharmaceuticals Inc.; and Mylan Specialty L.P., Defendants-Cross-Petitioners

Case No. 22-603

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Mylan N.V.; Mylan Pharmaceuticals Inc.; and Mylan Specialty L.P.
Party or Parties
Defendants-Cross-Petitioners, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

[✔] On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[ ] There are no such parties, or any such parties have heretofore been disclosed to the court.

Adam K. Levin
Name of Counsel

Name of Counsel

[signature]

Signature of Counsel

Signature of Counsel

HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
Mailing Address and Telephone Number

Mailing Address and Telephone Number

E-Mail Address  adam.levin@hoganlovells.com

E-Mail Address _____

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date)  11/28/2022   via (state method of service) CM/ECF.

to counsel of record   [signature]
(*See* Fed. R. App. P. 25(b))   (Signature)

**A-5**  Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

KPH Healthcare Services, Inc. a/k/a Kinney Drugs Inc.; FWK Holdings LLC; and César Castillo, LLC

v.

Pfizer, Inc.; King Pharmaceuticals, Inc.; Meridian Medical Technologies, Inc., Defendants-Respondents.

Case No. 22-603

**Certificate of Interested Parties**

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

Mylan Specialty L.P. is a wholly owned indirect subsidiary of Mylan Inc.
Mylan Pharmaceuticals Inc. is a wholly owned subsidiary of Mylan Inc.
Mylan Inc. is a wholly owned indirect subsidiary of Viatris Inc.
As of November 16, 2020, Mylan N.V. no longer exists due to a corporate transaction.
Viatris Inc. is a publicly held company organized and existing under the laws of Delaware.
Viatris Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

**A-5** Entry of Appearance Form 10/09